IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM JAMESON** | : | **CIVIL ACTION** |
| v. | : | NO. 02-2802 |
| **JOHN J. RIGAS, MICHAEL J. RIGAS, TIMOTHY J. RIGAS, and JAMES P. RIGAS** | : | |
| **ERNEST PEDATA** | : | **CIVIL ACTION** |
| v. | : | NO. 02-2901 |
| **JOHN J. RIGAS, MICHAEL J. RIGAS, TIMOTHY J. RIGAS, and JAMES P. RIGAS** | : | |
| **DAVID SORENSON** | : | **CIVIL ACTION** |
| v. | : | NO. 02-3158 |
| **JOHN J. RIGAS, MICHAEL J. RIGAS, TIMOTHY J. RIGAS, and JAMES P. RIGAS** | : | |
| **HAROLD WEINER** | : | **CIVIL ACTION** |
| v. | : | NO. 02-3211 |
| **JOHN J. RIGAS, MICHAEL J. RIGAS, TIMOTHY J. RIGAS, and JAMES P. RIGAS** | : | |
| **BRIAN SMITH** | : | **CIVIL ACTION** |
| v. | : | NO. 02-3625 |
| **JOHN J. RIGAS, MICHAEL J. RIGAS, TIMOTHY J. RIGAS, and JAMES P. RIGAS** | : | |

| | | |
|---|---|---|
| **KURT MEYLE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 02-3699 |
| | : | |
| **JOHN J. RIGAS, MICHAEL J. RIGAS,** | : | |
| **TIMOTHY J. RIGAS, and JAMES P. RIGAS** | : | |
| | : | |
| **JEFFREY J. HYSLIP** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 02-3768 |
| | : | |
| **JOHN J. RIGAS, MICHAEL J. RIGAS,** | : | |
| **TIMOTHY J. RIGAS, and JAMES P. RIGAS** | : | |
| **SCOTT BURNSIDE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 02-3769 |
| | : | |
| **JOHN J. RIGAS, MICHAEL J. RIGAS,** | : | |
| **TIMOTHY J. RIGAS, and JAMES P. RIGAS** | : | |
| **WILLIAM SPADA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 02-3858 |
| | : | |
| **JOHN J. RIGAS, MICHAEL J. RIGAS,** | : | |
| **TIMOTHY J. RIGAS, and JAMES P. RIGAS** | : | |
| | : | |

**[PROPOSED] ORDER CONSOLIDATING THE ACTIONS,
APPOINTING LEAD PLAINTIFF AND APPROVING
<u>SELECTION OF LEAD AND LIAISON COUNSEL</u>**

Having considered the Motion For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection of Lead and Liaison Counsel, and the Memorandum of Law and Declaration of Deborah R. Gross in support thereof, and good cause appearing therefor:

i. The actions are hereby consolidated pursuant to Fed. R. Civ. P. 42(a) and captioned *In re Adelphia Business Solutions Securities Litigation*, Master File No. 02-cv-2802;

ii. International Brotherhood of Teamsters, Local 705 Pension Fund is hereby appointed Lead Plaintiff for the Class pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934; and

iii. The law firm of Milberg Weiss Bershad Hynes & Lerach LLP is hereby appointed Lead Counsel and Law Offices Bernard M. Gross, P.C. is hereby appointed Liaison Counsel.

SO ORDERED THIS _____ day of _____, 2002

_____
**Hutton, J.**